**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00674-CR

**ROLAND LASHUN JERNIGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-11-59314-N**

## ORDER

Appellant's January 7, 2014 motion to supplement the record and to hold the briefing schedule in abeyance is **GRANTED** to the extent we **ORDER** Official Court Reporter Sandra A. Hughes to file, within **THIRTY** days of the date of this order, a supplemental reporter's record consisting of volume 8 of the reporter's record including all videos and photographs admitted into evidence. We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Sandra A. Hughes.

/s/     DAVID EVANS
JUSTICE